UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BAILEY BROWN                                                                                               Plaintiff

v.                                                                                          Civil Action No. 3:25-cv-349-RGJ

BIG M CHEVROLET, LLC
MICHAEL COFFMAN
JUSTIN COLLINS
TREY RUSSELL
GAVIN BAXLEY
JESSICA DUNN                                                                                          Defendants

\* \* \* \* \*

**SHOW CAUSE ORDER**

This matter is before the Court on its own motion after review of the docket [DE 8]. Plaintiff's amended complaint names individuals Michael Coffman, Justin Collins, Trey Russell, Gavin Baxley, and Jessica Dunn, as defendants. [DE 1-1]. The state court file does not contain summonses for these individuals. Nor have summons been tendered to the Clerk of Court in this case for issuance.[1]

Also, it has been over 90 days since the amended complaint was filed on May 26, 2025. [DE 1]. Under Rule 4(m), "if a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant," or the Court may "order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

---

[1] Summons may only be issued by the Clerk of Court and a summons must be served with a copy of the complaint. Fed. R. Civ. P. 4(b), 4(c)(1); *see also Ayres v. Jacobs & Crumplar, P.*A., 99 F.3d 565, 569 (3d Cir. 1996) citing 2 James W. Moore, Moore's Federal Practice ¶ 4.05 (2d ed. 1996) ("Under Rule 4(b) only the clerk may issue the summons . . . [A] summons issued by the plaintiff's attorney is a nullity.")

1

Good cause has not been shown for why Plaintiff has failed to tender summons and serve the individual defendants listed above within 90 days of the filing of the amended complaint.

Thus, the Court being otherwise sufficiently advised, **ORDERS that Plaintiff shall have fourteen (14) days to SHOW CAUSE in writing why this action should not be dismissed against defendants Michael Coffman, Justin Collins, Trey Russell, Gavin Baxley, and Jessica Dunn, pursuant to Rule 4(m). FAILURE TO RESPOND MAY RESULT IN DISMISSAL.**

Rebecca Grady Jennings, District Judge
United States District Court

September 4, 2025