IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| BAILEY BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BIG M CHEVROLET, LLC.<br><br>　　　　Defendants. | Case No.: 3:25-cv-00349 RGJ<br><br>Plaintiff's Response to Show Cause Order<br><br>[proposed Order attached] |

Plaintiff Bailey Brown, by counsel, submits this Response to the Court's Show Cause Order [DE 20] dated September 5, 2025. The Order notes that the state court file does not contain summonses for individual Defendants Michael Coffman, Justin Collins, Trey Russell, Gavin Baxley, and Jessica Dunn, and that no summonses have been tendered in federal court. It also highlights that more than 90 days have passed since the amended complaint was filed on May 26, 2025, invoking Fed. R. Civ. P. 4(m).

Upon review, the state court record and proofs of service demonstrate that summonses were issued and service was completed on all Defendants except Gavin Baxley prior to removal on June 11, 2025. For Mr. Baxley, the summons was issued, but service failed as he no longer works for Defendant Big M Chevrolet, LLC, and may have relocated. After service failed, Plaintiff contacted opposing counsel who has agreed to accept service on behalf of Defendant Gavin Baxley.

### I. Service on All Defendants Was Successfully Completed

Summonses were issued for all Defendants. Service was effected on Big M Chevrolet, LLC, Michael Coffman, Justin Collins, Trey Russell, and Jessica Dunn before removal. Attached as Exhibits A through F are the Proof of Service filings from the state court, including certified

mail receipts and sheriff's returns. Exhibit G is the CourtNet record confirming service dates and methods.

The following chart summarizes service for each Defendant:

| Defendant Name | Date of Service | Method of Service | Status |
|---|---|---|---|
| Big M Chevrolet, LLC | June 2, 2025 | Certified Mail | Successful |
| Michael Coffman | June 2, 2025 | Personal Service | Successful |
| Justin Collins | May 29, 2025 | Personal Service | Successful |
| Trey Russell | June 1, 2025 | Personal Service | Successful |
| Jessica Dunn | June 3, 2025 | Personal Service | Successful |
| Gavin Baxley | Sept 10, 2025 | Defense Counsel | Successful |

Service on the served Defendants was timely under Ky. R. Civ. P. 4.01 and Fed. R. Civ. P. 4(m), as it occurred within 90 days of filing and before removal. Upon removal, the federal court inherits the state court proceedings, including completed service. 28 U.S.C. § 1448 (service completed before removal is valid).

For Defendant Gavin Baxley, the summons was issued on May 27, 2025, and personal service was attempted at his last known address (Defendant's place of business). Service failed and Plaintiff's counsel investigated his whereabouts. On September 10, 2025 Plaintiff contacted opposing counsel to request information on Defendant Gavin Baxley. At that time Plaintiff was informed that opposing counsel is representing Defendant Baxley and would accept service on his behalf via email. In response, Plaintiff emailed two copies of the Waiver of the Service of Summons and the Amended Complaint as required by Fed. R. Civ. P. 4(d) (see email correspondence to opposing counsel dated 9/10/25 attached as Exhibit H). Once opposing counsel has returned an executed copy of the Waiver of the Service of Summons, Plaintiff will file the same with this Court.

2

## II. Conclusion

The state court record confirms service on all Defendants except Gavin Baxley, who was subsequently served through opposing counsel. Plaintiff respectfully requests the Court discharge the Show Cause Order and Plaintiff further requests that this Court allow arbitration to proceed without further delay to include all Defendants.

Respectfully submitted,

*/s/ Gregory I. Thompson*
GREGORY I. THOMPSON
*Attorney at Law*
Thompson & Shreve PLLC
200 South Main Street
Elizabethtown, KY 40121
(270)737-1125
Fax (270) 769-6801

Trial Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Gregory I. Thompson*
Gregory I. Thompson

1084980\324522064.v1