Filed          25-CI-00983    06/03/2025        Deanna Simcoe, Hardin Circuit Clerk

**UNITED STATES POSTAL SERVICE**

NOT ORIGINAL

09/05/2025 11:27:00

89493

Date Produced: 06/03/2025

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8316 0038 30. Our records indicate that this item was delivered on 06/02/2025 at 10:14 a.m. in RADCLIFF, KY 40160. The scanned image of the recipient information is provided below.

Signature of Recipient :

*[signatures]*

Address of Recipient :   550 W LINCOLN TRAIL BLVD, RADCLIFF, KY 40160

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

BENNETT, TERRY
550 WEST LINCOLN TRAIL BLVD
RADCLIFF KY 40160

Customer Reference Number:    C5929440.35958014



EXHIBIT A

Filed           25-CI-00983    06/03/2025         Deanna Simcoe, Hardin Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER: 42040160923609019403831600383O

MAILING DATE:    05/28/2025
DELIVERED DATE:  06/02/2025

Custom 1: DriverId-10704165
Custom 2: PartyId-69816844
Custom 3: SummonsNum-@00000402206
Custom 4: CentralMailId-235272
Custom 5: Source County-HARDIN

NOT ORIGINAL

09/05/2025 11:27:00

89493

MAIL PIECE DELIVERY INFORMATION:

BENNETT, TERRY
550 WEST LINCOLN TRAIL BLVD
RADCLIFF KY 40160

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 05/28/2025 13:02 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 05/28/2025 15:57 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 05/31/2025 02:08 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 05/31/2025 03:23 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 06/01/2025 21:17 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 06/02/2025 10:14 | DELIVERED LEFT WITH INDIVIDUAL | RADCLIFF,KY 40160 |