25-CI-00983   05/30/2025   Deanna Simcoe, Hardin Circuit Clerk

Case #: **25-CI-00983**
Court: **CIRCUIT**
County: **HARDIN** 09/05/2025

NOT ORIGINAL

89493

# CIVIL SUMMONS

BROWN, BAILEY VS. BIG M CHEVROLET ET AL, *Defendant*

TO:  TREY RUSSELL
    704 N. DIXIE BLVD
    RADCLIFF, KY 40160

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Hardin Circuit Clerk
Date: 5/27/2025

## Proof of Service

This Summons was:

☒ Served by delivering a true copy and the Complaint (or other initiating document)

To: Trey Russell

☐ Not Served because: _____

Date: 05-29, 20 25

Dep. S. Witte 965
Served By

DS  HCSO
Title

Summons ID: @00000402203, HARDIN COUNTY SHERIFF
CIRCUIT: 25-CI-00983 Sheriff Service
BROWN, BAILEY VS. BIG M CHEVROLET ET AL

25-CI-00983   05/30/2025   Deanna Simcoe, Hardin Circuit Clerk

Page 1 of 1



EXHIBIT B