25-CI-00983  05/30/2025  Deanna Simcoe, Hardin Circuit 25-CI-00983

Commonwealth of Kentucky
Courts.ky.gov
CR 4.02: Cr Official Form 1

**CIVIL SUMMONS**

Court: **CIRCUIT** NOT ORIGINAL
County: **HARDIN**
09/05/2025

89493

Plantiff, BROWN, BAILEY VS. BIG M CHEVROLET ET AL, Defendant

TO: JESSICA DUNN
704 N. DIXIE BLVD
RADCLIFF, KY 40160

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Deanna Simcoe

Hardin Circuit Clerk
Date: **5/27/2025**

---

**Proof of Service**

This Summons was:

☒ Served by delivering a true copy and the Complaint (or other initiating document)
To: Jessica Dunn

☐ Not Served because: _____

Date: 05-29, 20 25

Dep. S. Witkes
Served By

DS HCSO
Title

Summons ID: @00000402205, HARDIN COUNTY SHERIFF
CIRCUIT: 25-CI-00983 Sheriff Service
BROWN, BAILEY VS. BIG M CHEVROLET ET AL
Filed  25-CI-00983  05/30/2025  Deanna Simcoe, Hardin Circuit Clerk
Page 1 of 1

EXHIBIT C