| | | |
|---|---|---|
| Sum Code: 25-CI-00983  05/30/2025 | Deanna Simcoe, Hardin Circuit Clerk | Case #: **25-CI-00983** |
| Commonwealth of Kentucky<br>Courts.ky.gov | | Court: **CIRCUIT** NOT ORIGINAL |
| AOC-105 Official Form 1 | **CIVIL SUMMONS** | County: **HARDIN**<br>09/05/2025 |

89493

Plaintiff, BROWN, BAILEY VS. BIG M CHEVROLET ET AL, Defendant

TO:  JUSTIN COLLINS
     704 N. DIXIE BLVD
     RADCLIFF, KY 40160

The Commonwealth of Kentucky to Defendant:

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

  The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Deanna Simcoe*

Hardin Circuit Clerk
Date: **5/27/2025**

---

### Proof of Service

This Summons was:

☒ Served by delivering a true copy and the Complaint (or other initiating document)

To: _Justin Collins_

☐ Not Served because: _____

Date: _05-29_, 20 _25_      _Dep. S. Witte 965_
                            Served By
                            _DS   HCSO_
                            Title

ID: @0000402202, HARDIN COUNTY SHERIFF
25-CI-00983 Sheriff Service
Filed  BAILEY VS BIG M CHEVROLET ET AL  05/30/2025   Deanna Simcoe, Hardin Circuit Clerk

Page 1 of 1

**EXHIBIT D**