**Commonwealth of Kentucky**
**Court of Justice** Courts.ky.gov

Official Form 1

# CIVIL SUMMONS

Filed 25-CI-00983 06/03/2025 Deanna Simcoe, Hardin Circuit Clerk

Case #: 25-CI-00983
Court: CIRCUIT
County: HARDIN

NOT ORIGINAL
09/05/2025
89493

BROWN, BAILEY VS. BIG M CHEVROLET ET AL, Defendant

TO: MICHAEL COFFMAN
704 N. DIXIE BLVD
RADCLIFF, KY 40160

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Deanna Simcoe
Hardin Circuit Clerk
Date: 5/27/2025

## Proof of Service

This Summons was:

☒ Served by delivering a true copy and the Complaint (or other initiating document)

To: Michael Coffman

☐ Not Served because: _____

Date: June 2, 20 25

Served By: [signature]
Title: Deputy HCSO

Summons ID: @00000402201, HARDIN COUNTY SHERIFF
CIRCUIT: 25-CI-00983 Sheriff Service
BROWN, BAILEY VS. BIG M CHEVROLET ET AL

Filed 25-CI-00983 06/03/2025 Deanna Simcoe, Hardin Circuit Clerk

Page 1 of 1

**EXHIBIT E**