AOC-E-105 Rev. 9-14

Sum Code: CI

25-CI-00983  05/30/2025

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Deanna Simcoe, Hardin Circuit Clerk

Case #: 25-CI-00983
Court: CIRCUIT
County: HARDIN

NOT ORIGINAL
09/05/2025

89493

Plaintiff, BROWN, BAILEY VS. BIG M CHEVROLET ET AL, Defendant

TO: **GAVIN BAXLEY**
**704 N. DIXIE BLVD**
**RADCLIFF, KY 40160**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

DATE 5-30-25
NOT FOUND IN HARDIN COUNTY
HARDIN CO. SHERIFF'S DEPT
BY [signature] D.S.

No longer works at Big M

[signature]
Hardin Circuit Clerk
Date: 5/27/2025

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)
To: _____

☐ Not Served because: _____

Date: _____, 20____      Served By _____

                                    Title _____

Summons ID: @00000402204, HARDIN COUNTY SHERIFF
CIRCUIT: 25-CI-00983 Sheriff Service
BROWN, BAILEY VS. BIG M CHEVROLET ET AL

25-CI-00983   05/30/2025   Deanna Simcoe, Hardin Circuit Clerk

Page 1 of 1

EXHIBIT F

