

**KENTUCKY COURT OF JUSTICE**

25-CI-00983

# BROWN, BAILEY VS. BIG M CHEVROLET ET AL

HARDIN CIRCUIT COURT
Filed on 05/27/2025 as CONTRACT - OTHER with HON. JOHN DAVID SIMCOE
Disposition on 06/13/2025 of TRANSFERRED by HON. JOHN DAVID SIMCOE
**** NOT AN OFFICIAL COURT RECORD ****

## Case Memo — 25-CI-00983

CONTRACT-OTHER

## Parties — 25-CI-00983

**BAXLEY, GAVIN as DEFENDANT / RESPONDENT**

Address
704 N. DIXIE BLVD
RADCLIFF KY 40160

Summons
CIVIL SUMMONS issued on 05/27/2025 by way of PERSONAL SERVICE
Failed No Longer Employed

**BIG M CHEVROLET as DEFENDANT / RESPONDENT**

Memo
Registered Agent of Service exists.

Address
704 N. DIXIE BLVD
RADCLIFF KY

Summons
CIVIL SUMMONS issued on 05/27/2025 served / recalled on 06/02/2025 by way of CERTIFIED MAIL
92360901940383160003830 Successful

**BROWN, BAILEY as PLAINTIFF / PETITIONER**

Address
317 SYCAMORE STREET
ELIZABETHTOWN KY 42701

**COFFMAN, MICHAEL as DEFENDANT / RESPONDENT**

Address
704 N. DIXIE BLVD
RADCLIFF KY 40160

Summons
CIVIL SUMMONS issued on 05/27/2025 served / recalled on 06/02/2025 by way of PERSONAL SERVICE
Successful

**COLLINS, JUSTIN as DEFENDANT / RESPONDENT**

Address
704 N. DIXIE BLVD
RADCLIFF KY 40160

Summons
CIVIL SUMMONS issued on 05/27/2025 served / recalled on 05/29/2025 by way of PERSONAL SERVICE
Successful

**DUNN, JESSICA as DEFENDANT / RESPONDENT**

Address
704 N. DIXIE BLVD
RADCLIFF KY 40160

EXHIBIT G

**Summons**

CIVIL SUMMONS issued on **05/27/2025** served / recalled on **05/29/2025** by way of **PERSONAL SERVICE**
*Successful*

**RUSSELL, TREY** as **DEFENDANT / RESPONDENT**

Address

704 N. DIXIE BLVD
RADCLIFF KY 40160

**Summons**

CIVIL SUMMONS issued on **05/27/2025** served / recalled on **05/29/2025** by way of **PERSONAL SERVICE**
*Successful*

**DWYER, JOHN H.** as **ATTORNEY FOR DEFENDANT**

Address

WILSON ELSER
100 MALLARD CREEK ROAD SUITE 250
LOUISVILLE KY 40207

**THOMPSON, GREGORY I** as **ATTORNEY FOR PLAINTIFF**

Address

THOMPSON AND SHREVE, PLLC
200 SOUTH MAIN STREET
ELIZABETHTOWN KY 42701

**BENNETT, TERRY** as **REGISTERED AGENT OF SERVICE**

Memo

Related party is BIG M CHEVROLET

Address

550 WEST LINCOLN TRAIL BLVD
RADCLIFF KY 40160

**Documents**                                                                                                                                   25-CI-00983

**COMPLAINT / PETITION** filed on **05/27/2025**
*COMPLAINT*

**CIVIL CASE COVER SHEET** filed on **05/27/2025**
*CIVIL CASE COVER SHEET*

**AMENDED COMPLAINT** filed on **05/28/2025**

**MISCELLANEOUS** filed on **06/04/2025**
*AMENDED CIVIL SUMMONS*

**EXHIBIT** filed on **06/11/2025**
*EXHIBIT 1 - FEDERAL NOTICE OF REMOVAL*

**NOTICE OF REMOVAL** filed on **06/11/2025**
*NOTICE OF REMOVAL*

**NOTICE - OTHER** filed on **06/13/2025**
*LETTER FROM UNITED STATES WESTERN DISTRICT OF KY TO REMOVE CASE FROM HARDIN CO CIRCUIT TO THE LOUISVILLE DIVISION OF WESTERN DISTRICT OF KY W/ CASE # 3:25-CV-349-RGJ*

**Images**                                                                                                                                      25-CI-00983

**COMPLAINT / PETITION** filed on **05/27/2025**  *Page(s): 14*

**SUMMONS** filed on **05/27/2025**  *Page(s): 1*

**SUMMONS** filed on **05/27/2025**  *Page(s): 1*

**SUMMONS** filed on **05/27/2025**  *Page(s): 1*

**SUMMONS** filed on **05/27/2025**   *Page(s): 1*

**SUMMONS** filed on **05/27/2025**   *Page(s): 1*

**SUMMONS** filed on **05/27/2025**   *Page(s): 1*

**CIVIL CASE COVER SHEET** filed on **05/27/2025**   *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **05/27/2025**   *Page(s): 1*

**SUMMONS - RETURN OF SERVICE** filed on **05/30/2025**   *Page(s): 1*

**SUMMONS - RETURN OF SERVICE** filed on **05/30/2025**   *Page(s): 1*

**SUMMONS - RETURN OF SERVICE** filed on **05/30/2025**   *Page(s): 1*

**SUMMONS - RETURN OF SERVICE** filed on **05/30/2025**   *Page(s): 1*

**SUMMONS - RETURN OF SERVICE** filed on **06/03/2025**   *Page(s): 2*

**AMENDED COMPLAINT** filed on **05/28/2025**   *Page(s): 14*

**SUMMONS - RETURN OF SERVICE** filed on **06/03/2025**   *Page(s): 1*

**MISCELLANEOUS** filed on **06/04/2025**   *Page(s): 1*

**EXHIBIT** filed on **06/11/2025**   *Page(s): 2*

**NOTICE OF REMOVAL** filed on **06/11/2025**   *Page(s): 3*

\*\*\*\* End of Case Number : 25-CI-00983 \*\*\*\*