## Thompson & Shreve, PLLC

**From:** Thompson & Shreve, PLLC
**Sent:** Wednesday, September 10, 2025 3:24 PM
**To:** Melinda Hager
**Subject:** FW: Bailey Brown v. Big M Chevrolet, et al

---

**From:** Dwyer, Jr., John H. <John.Dwyer@wilsonelser.com>
**Sent:** Wednesday, September 10, 2025 3:23 PM
**To:** Thompson & Shreve, PLLC <info@etownlawyers.com>; Dutton IV, Cyrus G. <Cyrus.Dutton@wilsonelser.com>
**Subject:** RE: Bailey Brown v. Big M Chevrolet, et al

We represent Gavin and have been authorized to accept summons on his behalf. You can email it to me.

John H. Dwyer, Jr.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
100 Mallard Creek Road - Suite 250
Louisville, KY 40207
502.238.7841 (Direct)
502.419.3369 (Cell)
502.238.8500 (Main)
john.dwyer@wilsonelser.com

---

**From:** Thompson & Shreve, PLLC <info@etownlawyers.com>
**Sent:** Wednesday, September 10, 2025 2:36 PM
**To:** Dwyer, Jr., John H. <John.Dwyer@wilsonelser.com>; Dutton IV, Cyrus G. <Cyrus.Dutton@wilsonelser.com>
**Subject:** Bailey Brown v. Big M Chevrolet, et al

**EXTERNAL EMAIL** This email originated from outside the organization.

Dear Mr. Dwyer & Mr. Dutton,

As you are aware, this office represents the Plaintiff, Bailey Brown in the referenced matter. The court has ordered us to serve all defendants in this matter. We have done so with the exception of Defendant Gavin Baxley. We understand that Mr. Baxley is no longer employed by your client. Can you please forward to us all contact information you have for Mr. Gavin Baxley.

Sincerely,
Melinda Hager, Paralegal for
**GREGORY I. THOMPSON**
*Attorney at Law*
Thompson & Shreve PLLC
200 South Main Street


EXHIBIT H

1

**Thompson & Shreve, PLLC**

| | |
|---|---|
| From: | Thompson & Shreve, PLLC |
| Sent: | Wednesday, September 10, 2025 4:47 PM |
| To: | Dwyer, Jr., John H. |
| Subject: | Bailey Brown v. Big M Chevrolet, et al |
| Attachments: | Waiver of Service 1.pdf; Waiver of Service 2.pdf; Filed Amended Complaint.pdf |

Dear Mr. Dwyer,

Attached please find the Amended Complaint and 2 copies of the Waiver of the Service of Summons. Please execute and return one copy of the Waiver and we will file the same with the court.

Sincerely,
Melinda Hager, Paralegal for
**GREGORY I. THOMPSON**
*Attorney at Law*
Thompson & Shreve PLLC
200 South Main Street
Elizabethtown, KY 40121
(270)737-1125 Fax (270) 769-6801

1