IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| **BAILEY BROWN,** | **Plaintiff,** | Case No.: 3:25-cv-00349 RGJ |
| vs. | | |
| **BIG M CHEVROLET, LLC.** | **Defendants.** | Order |

Upon review of the Plaintiff's Response to the Show Cause Order and proof of service filed herein, the Court finds that the individual defendants Michael Coffman, Justin Collins, Trey Russell, and Jessica Dunn, as well as Big M Chevrolet, LLC (by its registered agent), were served with summons and complaint in state court prior to removal. The Court further finds that service was accepted on behalf of Defendant Gavin Baxley by opposing counsel.

Good cause having been shown, IT IS HEREBY ORDERED:

The Court's Show Cause Order is SATISFIED as to Michael Coffman, Justin Collins, Trey Russell, Jessica Dunn, Gavin Baxley, and Big M Chevrolet, LLC.

IT IS SO ORDERED.

Dated: September 18, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Tendered by:
**GREGORY I. THOMPSON**
*Attorney at Law*
Thompson & Shreve PLLC
200 South Main Street
Elizabethtown, KY 40121
(270)737-1125 Fax (270) 769-6801

4

1084980\324522064.v1