UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **BAILEY KAY BROWN,** | |
| Plaintiff, | |
| v. | Case No. 3:25-cv-00349-RGJ |
| **BIG M CHEVROLET, LLC,** et al., | |
| Defendant. | |

## Entry of Appearance and Joinder in Motions to Consolidate and to Stay and Arbitrate

Please take notice that John H. Dwyer, Jr., of the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP, notifies all parties of his entry of appearance as counsel on behalf of defendants Michael Coffman, Justin Collins, Trey Russell, Jessica Dunn, and Gavin Baxley. These defendants all join in defendant Big M Chevrolet, LLC's motions to consolidate (DN 5) and to stay and compel arbitration (DN 6), both of which have been consented to by plaintiff (DN 19).

Respectfully Submitted,

*/s/ John H. Dwyer, Jr.*
John H. Dwyer, Jr.
Andrew Bokeno
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502.238.8500
Facsimile: 502.238.7844
John.Dwyer@wilsonelser.com
aj.bokeno@wilsonelser.com
*Counsel for Defendants*

2

315550542v.1